# EXHIBIT 1
## TO DECLARATION OF SARNEN STEINBARTH



LOG IN

MENU

NOT A LANDLORD? I'M A RENTER

# Terms of Use

Last Modified: November 29, 2020

## 1. Acceptance of the Terms of Use

TurboTenant, Inc. ("TurboTenant", "we" or "us") operates this website, including any subdomains, [and the TurboTenant mobile application] (collectively, the "Website").  The Website is offered and available only to users who are 18 years of age or older and who reside in the United States or any of its territories or possessions. By using or accessing the Website, (1) you represent and warrant that you are of legal age to form a binding contract and meet the foregoing eligibility requirements and (2) you agree to these Terms of Use (the "Terms").  If you do not meet all of the foregoing requirements or if you do not agree to the Terms, then you must not access or use the Website and you are not authorized to do so.

Please read the Terms carefully before using the Website. We may change the Terms from time to time in our sole discretion by posting revised terms to the Website. Any change to the Terms will be effective immediately upon posting to the Website and will apply to all access to and use of the Website thereafter. Your use of the Website following the posting of revised Terms constitutes your acceptance of the revised Terms. You are expected to review the Terms from time to time to ensure that you are aware of any changes, as the Terms are binding on you whether or not you have read them.

## 2. About the Website and TurboTenant's Role

The Website provides users with content, functionality, and services related to managing, leasing, or renting real property, including vacancy marketing, rental applications, tenant screening, and payment processing.  The Website may be used by tenants or prospective tenants (which are referred to herein as "tenants") to, among other things, apply for a property, obtain renter's insurance, and make or receive payments, and by landlords, property managers, or their agents (which are referred to herein as "landlords") to, among other things, market properties, receive applications, screen applicants, and make or receive payments.  We may facilitate transactions between users of the Website (referred to herein as "users") and between users and others. However, we are not a party to any transactions, contracts, or agreements between users or between any user and any third party, even if

the transaction is facilitated by the Website. We are not a landlord or property manager, nor

are we a broker or agent for any user.  Tenants may use the Website to obtain renter's insurance, but we are not an insurer or an insurance agency. Further, while we may provide general information about the rights and obligations of landlords and tenants, and forms or template documents, including contracts such as leases, we are not lawyers and do not provide legal advice.  Users should consult legal counsel before entering into any contracts.

## 3. Accessing the Website

To access the Website or some of the features or resources it offers, you may be asked to provide certain information or registration details. It is a condition of your use of the Website that all of the information that you provide through the Website is correct, current, and complete. You agree that all information that you provide through the Website or otherwise, including but not limited to through the use of any interactive features on the Website, is governed by our Privacy Policy, and you consent to all actions that we take with respect to your information consistent with our Privacy Policy.

You must treat any username, password, or other credentials used to access the Website or any of its features or functionality as confidential, and you must not share such information with anyone else. Your account is personal to you and you will be responsible for any use of the Website by any person using your username, password, or credentials. You agree to notify us immediately of any unauthorized access to or use of your username, password, or credentials, or any other breach of security. You must ensure that you exit from your account at the end of each session and you should use particular caution when accessing your account from a public or shared computer so that others are not able to view or record your password or other personal information.

We have the right to disable any username, password or other identifier, whether chosen by you or provided by us, at any time in our sole discretion for any or no reason, including if, in our opinion, you have violated any provision of the Terms.

We reserve the right to withdraw or amend the Website, and any functionality, service, or material provided through the Website, in our sole discretion and without notice. We will not be liable if for any reason all or any part of the Website is unavailable at any time or for any period. From time to time, we may restrict access to all or any portion of the Website in our sole discretion.

## 4. Use of the Website

You may use the Website only for lawful purposes and in accordance with the Terms. You agree not to use the Website:

- In any way that violates any applicable federal, state, local or international law or

regulation (including, without limitation, any laws regarding the export of data or software to and from the US or other countries).

- For the purpose of exploiting, harming, or attempting to exploit or harm minors in any way by exposing them to inappropriate content, asking for personally identifiable information or otherwise.
- To transmit, or procure the sending of, any advertising or promotional material except as explicitly permitted, including any "junk mail", "chain letter" or "spam" or any other similar solicitation.
- To impersonate or attempt to impersonate any person, including us or any of our employees, another user, or any other person (including, without limitation, by using e-mail addresses or screen names associated with any of the foregoing).
- To engage in any other conduct that restricts or inhibits anyone's use or enjoyment of the Website, or which, as determined by us, may harm us or any users or expose them to liability.

Additionally, you agree not to:

- Use the Website in any manner that could disable, overburden, damage, or impair the site or interfere with any users use of the Website, including their ability to engage in real time activities through the Website.
- Use any robot, spider, or other automatic device, process, or means to access the Website for any purpose, including monitoring or copying any of the material on the Website.
- Use any manual process to monitor or copy any of the material on the Website or for any other unauthorized purpose without our prior written consent.
- Use any device, software, or routine that interferes with the proper working of the Website.
- Introduce any viruses, trojan horses, worms, logic bombs, or other material which is malicious or technologically harmful.
- Attempt to gain unauthorized access to, interfere with, damage, or disrupt any parts of the Website, the server on which the Website is stored, or any server, computer or database connected to the Website.
- Attack the Website via a denial-of-service attack or a distributed denial-of-service attack.
- Otherwise attempt to interfere with the proper working of the Website.

## 5. User Content

We may permit users to post, upload, transmit, or otherwise make available through the Website (collectively, "submit") content, including messages, text, comments, images, graphics, photos, illustrations, sounds, music, videos, information, files, and/or other materials ("User Content"). Subject to the rights and license you grant herein, you retain all

materials ("User Content"). Subject to the rights and license you grant herein, you retain all right, title, and interest in and to your User Content. We do not guarantee the confidentiality or protection of any User Content submitted to the Website. It is your responsibility to monitor and protect any intellectual property rights that you may have in your User Content, and we do not accept any responsibility for the same. We have the right, but not the obligation, to monitor User Content, and we may, in our sole discretion and for any reason whatsoever, edit, refuse to post, remove, or disable access to, any User Content.

You are responsible for any User Content that you submit. You must ensure that such User Content is safe, complies with all applicable laws and the Terms, and does not violate the rights of any third party. You agree that you will not submit any User Content that:

- Violates or infringes in any way upon the rights of others, including, but not limited to, any copyright, trademark, patent, trade secret, moral right, or other intellectual property or proprietary right of any person or entity.
- Is threatening, abusive, libelous, defamatory, invasive of privacy or publicity rights, vulgar, obscene, profane, pornographic, or otherwise objectionable, or otherwise violates any applicable law.
- Encourages conduct that would constitute a criminal offense, give rise to civil liability, or otherwise violate any law.
- Contains instructions or advice that could cause harm or injury.
- Is false or misleading or gives the impression that it emanates from or is endorsed by us or any other person if that is not the case.

By submitting User Content, you

- Represent and warrant that you own or have sufficient rights in such User Content to grant the rights and licenses granted by you in the Terms and that such User Content complies with the Terms.
- Grant to us a worldwide, royalty-free, perpetual, irrevocable, non-exclusive, fully sublicensable, and transferable right and license to use, reproduce, distribute, create derivative works based upon (including, without limitation, translations), publicly display, publicly perform, transmit, and publish the User Content (in whole or in part) as we, in our sole discretion, deem appropriate including, without limitation, in connection with our business and in connection with the businesses of our affiliates, licensees, assignees, successors, parents, subsidiaries, and their related companies. Such right and license includes the right, but not the obligation, to use any and all names, identities, titles, likenesses, distinctive appearances, physical likenesses, images, portraits, pictures, photographs (whether still or moving), screen personas, voices, vocal styles, statements, gestures, mannerisms, personalities, performance characteristics, biographical data, signatures, and any other indicia or imitations of

identity or likeness listed, provided, referenced, or otherwise contained in the User

Content, including, without limitation, your name and geographical location (e.g., "Greg O. – Denver, CO"), for purposes of advertising and trade, in any format, medium, or technology now known or later developed without further notice, approval, or compensation, unless prohibited by law.

- Grant other users permission to access your User Content and to use, reproduce, distribute, create derivative works based upon, publicly display, publicly perform, transmit, and publish your User Content for personal, non-commercial use as permitted by the functionality of the Website and in compliance with the Terms.
- Waive any and all claims you may have in any jurisdiction to any "moral rights" or rights of "droit moral" with respect to the User Content.

## 6. Reliance on Information Posted

The content and information presented on or through the Website is made available solely for general informational purposes and to facilitate the interactive services offered through the Website. While we may take efforts to provide reliable and up to date information through the Website, we do not warrant the accuracy, completeness, or usefulness of this information. Any reliance you place on such information is strictly at your own risk and we disclaim all liability and responsibility for any loss or damage resulting from such reliance.

Furthermore, while we take certain measures intended to assist users in avoiding potentially fraudulent or other illegal activity, including using third-party identity verification services to help ensure the identity of users before allowing them to use certain interactive features of the Website (such as requesting credit reports or using the electronic payments service), we cannot and do not guarantee the effectiveness of these measures or the accuracy of the identity of any user, even if we have indicated that such user's identity has been verified. You assume the risk of transacting business with any other user or third-party through the Website and understand that an indication that a user's identity has been verified means only that the user has provided sufficient information to satisfy the identity verification process of our third party identity verification vendors and that it is not a guaranty of the identity of such person.

The Website may include content provided by third parties, including materials provided by other users, bloggers and third-party licensors, syndicators, aggregators and/or reporting services. All statements and/or opinions expressed in these materials, and all articles and responses to questions and other content, other than the content clearly provided by us, are solely the opinions and the responsibility of the person or entity providing those materials and do not necessarily reflect our opinion. We are not responsible, or liable to you, for the content or accuracy of any materials provided by any third party.

**7. Interactive Services**

The Website provides certain interactive services and facilitates transactions and the sharing of information between users and between users and third parties, including by allowing landlords to set up online rental applications for their properties, screen applicants, prepare leases or other documents, and to receive rent payments, and allowing tenants to submit rental applications, order and share credit reports, purchase renter's insurance, and make rent payments. In some cases, these interactive services are provided by third parties (e.g. renter's insurance).  By using the interactive services, you specifically acknowledge and agree that any information submitted by you or obtained by us or such third parties in connection with your use of these services, including, but not limited to, your name, address, phone number, credit history, including credit report and/or score, rental history, and employment history/verification, may be provided to us or by us to third parties (including but not limited to potential lessors, credit reporting services, third-party vendors, advertisers, and service providers, or other third parties).  YOU ARE PROVIDING EXPRESS PERMISSION FOR US TO COLLECT ALL SUCH INFORMATION AND TO PROVIDE IT TO THIRD PARTIES IN ACCORDANCE WITH OUR PRIVACY POLICY.

 **8. Financial Data**

We use Plaid Inc. ("Plaid") to gather your data from financial institutions. By using the Website, you grant us and Plaid the right, power, and authority to act on your behalf to access and transmit your personal and financial information from the relevant financial institution, and you agree to your personal and financial information being transferred, stored, and processed by Plaid in accordance with the Plaid Privacy Policy.

**9. Credit Reporting and Background Checks**

We allow landlords to request a credit report and/or a background check report from prospective tenants through the Website. When a landlord makes such a request, we will give the prospective tenant the option to order a single use copy of his or her credit report and/or background check report and to share it with the requesting landlord. To provide this service, we may ask for your Social Security Number and other personally identifying information (such as information about other creditors you have had), which we will share with our third-party credit reporting agency for the purposes of preparing and sharing reports and verifying your identity, and which we will not store (except on a temporary basis) or use for any other purpose.

If you are a tenant, you may opt in to having your TurboTenant-processed rental payments furnished to third-party consumer credit-reporting agencies. To provide this service, we may securely transmit your relevant personal information to such agencies, including your name,

date of birth, address, payment amounts, and payment dates. Successful rent payments

made by you while this feature is enabled may appear on credit reports provided by such agencies (whether or not requested through the Website) and may be taken into account by such agencies in calculating your credit scores. This feature may be disabled by you at any time. While this feature is enabled, months for which no payment has been made via the Website will be reported to agencies as "no activity" (which is not an indication of failure to pay rent or of late payment). If you disable this feature during the term of a current lease, the entire payment history associated with that lease may be deleted from your credit reports. You may also have your entire rental payment history deleted from agencies' reports upon request, though such removal will require processing by the agencies and may not take effect immediately. If you are a tenant and would like your payment history removed from your credit reports, please contact us at support@turbotenant.com. Please note that, apart from giving you the ability to have your entire rent payment history for payments made through the Website removed from your credit reports, we do not control how or for how long any rent payment history data will appear on your credit reports.

If you are a landlord requesting a credit report or a background check report from a prospective tenant,

- You represent that you are making such request, and will use such report, in compliance with applicable law and solely for the purpose of your own evaluation of the prospective tenant in connection with that tenant's rental application and for no other purpose, and that that you have never been involved in, and promise that you will not become involved in, any credit fraud or other unethical business practice, and that you will immediately notify us and discontinue all use of the Website and any reports and other information obtained via the Website if you are ever involved in any such fraud or practice.
- You must familiarize yourself with the Fair Credit Reporting Act ("FCRA") and any applicable state laws governing the use of consumer reports and comply with the FCRA and all such state laws.
- To the extent you rely in any way on the content of a report in taking an adverse action against an applicant (such as denying an application or requiring a co-signer or higher deposit), you may be required to furnish the applicant with an adverse action notice as required by the FCRA and applicable state law, even if the content of the report played only a small role in your decision. Note that for purposes of credit reports, TurboTenant is the applicable consumer reporting agency ("CRA"), and for purposes of background check reports, the company providing the background check is the applicable CRA.

If you are a tenant ordering a credit report or background check report, you certify that you are ordering such report, and will use such report, for the purpose of furnishing the report

to a prospective landlord in connection with your rental application and for no other

purpose. You agree not to share any credit report or background check report obtained through the Website with anyone other than as allowed using the sharing mechanism on the Website.

Credit-report and background check-report functionality is provided by our third-party credit reporting agencies and may not be available for all users or at all times for various reasons, including reasons beyond our control or about which we may not have specific information. If you are unable to order, share, request, or view a credit report or background check report using the Website, you should contact the person requesting or being asked to provide the report via the contact information provided through the Website to discuss the matter directly. You may also contact us at support@turbotenant.com for assistance.

We are not a credit bureau and do not control the content of credit reports (except to the limited extent described above with respect to opt-in rental payment reporting), including reports obtained through the Website. We are NOT responsible for the content of any credit report or background check report or any credit score, whether correct or incorrect. Credit reports and background check reports can contain information that is incorrect, incomplete, or not up to date, and reports are not a substitute for carefully reviewing and independently verifying all information contained in a rental application and interviewing a prospective tenant. If you believe that any information contained in your credit report or background check report is inaccurate or incomplete, you have the right to dispute it. To dispute the content of your credit report, please contact us via email at support@turbotenant.com or the telephone number displayed when your report is made available for viewing on the Website. To dispute the content of your background check report, please contact the company providing the background check via email or telephone as described on your background check report.

## 10. Payment Transactions

You may use the Website to make or receive payments.  We are not a party to payment transactions between users (e.g. between tenants and landlords), we never take custody of money transferred between users, and we are not responsible for what recipients do with payments made through the Website.

Payments made from a checking account via the ACH network do not incur additional fees. Payments made by credit card or debit card will incur a processing fee that is added to the amount of the payment.   These fees are paid by the party making the payment and there is no charge to receive payments via the Website.

During the time that you are making or receiving payments through the Website, you must

ensure that all bank account, ACH information, and debit or credit card information of the

payor and payee is up-to-date and accurate.  Any authorization you provide to make repeating automatic payments using the Website will remain in effect until cancelled.  Either party to any recurring payment transaction may cancel the recurring payment transaction at any time by contacting support@turbotenant.com. However, if a current transaction is in process, such transaction will be finalized before we cancel the recurring payments.

We use Stripe to execute online payment transactions. By using this feature of the Website, you agree to be bound by the Stripe Connected Account Agreement, available at https://stripe.com/connect/account-terms. The Stripe Connected Account Agreement may be updated from time to time and you are encouraged to review the same before using the Website to make payments and from time to time thereafter.

By providing us with your banking, credit or debit card, or other payment information, you authorize us to use it and disclose it to Stripe or other payment gateway providers for the purpose of processing the payments you authorize through the Website. Payment gateway providers may also aggregate your information for other purposes, but only in ways that don't identify you personally or disclose any personal information about you and may disclose your personal information when necessary to comply with the law.

If you make or attempt to make a payment through the Website and the payment does not complete for any reason or is rejected for insufficient funds (NSF), you may be assessed late fees or penalties and/or charged an NSF fee and you will be responsible for correcting the non-payment by initiating a new transaction through the Website or by making the payment in some other manner, paying any late fees or penalties assessed against you, and paying any NSF fee charged to you.  We may require that you pay any late fees or penalties assessed and/or any NSF charged to you before you may initiate a new payment transaction through the Website. For avoidance of doubt, if any payment you initiate using the Website does not successfully complete, the intended payment recipient reserves the right to seek payment from you via the Website or otherwise.

If you receive any payment through the Website and the payment is the subject of a reversal, chargeback, or dispute, then you authorize us and our third-party payment providers to reverse or otherwise debit the funds at issue from your account. If we are unable to reverse or otherwise debit sufficient funds from your account, then you agree to pay such amounts to us promptly upon our request.

You acknowledge and agree to our right to investigate any and all transactions for fraud and you agree to cooperate with any reasonable requests made by us in an effort to investigate fraud.  We reserve the right to seek reimbursement from you, and you will reimburse us, if we discover any fraudulent transaction, erroneous or duplicate transaction, or if we receive a chargeback or reversal from any payor for any reason with respect to any transaction to

which you are a party. You agree that we have the right to obtain such reimbursement by charging your account, deducting amounts from future transactions, charging your credit card or any bank account associated with your account, or obtaining reimbursement from you by any other lawful means, including using a third party collection agency.  Failure to pay any amounts required to be paid, including any reimbursements of a charge back or a reversal of payment, is cause for termination of your account.

WE ARE NOT A COLLECTION AGENCY AND WE DO NOT GUARANTEE ANY PAYMENT BY ANY THIRD PARTY NOR DO WE ASSUME THE RISK OF NONPAYMENT BY ANY PARTY IN CONNECTION WITH ANY PAYMENT TRANSACTION MADE THROUGH THE WEBSITE.

## 11. Insurance

Insurance products are sold exclusively through third party vendors. Please direct all insurance billing, coverage, and claims inquiries to such third-party vendors. All descriptions of coverage presented on the Website are summaries only. Please obtain and refer to full policy documents for details on coverage limits, conditions, and exclusions. We do not provide liability insurance protection for landlord or tenants, regardless of whether a user obtains insurance coverage through one of our third-party vendors. Users are solely responsible for obtaining insurance coverage sufficient to protect their interests.  Landlords agree that they have or will obtain insurance coverage that is sufficient to cover the properties leased through the Website prior to the arrival of any tenant obtained through the Website and will maintain such insurance coverage for so long as any such tenant is occupying any such property. Further, users agree to provide us with copies of relevant proof of insurance coverage upon request.

## 12. Legal Information and Forms

The Website may provide you with general legal information and access to certain self-help, "fill in the blank" forms (the "forms"), including leases and other legally binding documents. All such information and forms are provided as-is and without any warranties, express or implied.  In providing such information and forms you agree that we are not providing you with legal advice and we are not engaged in the practice of law. You understand that the information and forms may not be tailored to your specific needs and are not a substitute for legal advice from qualified counsel. Without limiting the foregoing, you acknowledge that the information and forms made available through the Website may not reflect recent developments in the law, may not be complete, and may not be accurate in or applicable to your jurisdiction. Because such information and forms are general in nature and may not pertain to your specific circumstances, you should not act or refrain from acting based solely on any such information or forms or without first obtaining advice from professional counsel qualified in the applicable subject matter and jurisdiction. You are advised to always verify the appropriateness of any form in light of your state and local laws, court decisions,

and statutory changes, and to consult with your own legal counsel for advice and to ensure that the forms are properly used.  If you have any questions about how to fill out or use any forms, it is important that you consult with your legal counsel. No user shall have any claim against us or any other party in connection with such user's use of the forms. Users use the forms at their own risk and shall hold us harmless with respect thereto. Any disputes arising out of or related to any forms are solely between the parties that used such forms and must be resolved outside of the Website.

The forms are owned by us or our third-party vendors and are protected by copyright law. If you purchase any forms from us you are purchasing, and we grant to you, a limited, personal, non-exclusive, non-transferable license to use the form for your own personal internal business use. Except as otherwise provided and to the extent permitted under applicable law, you acknowledge and agree that you have no right to modify edit, copy, reproduce, create derivative works of, reverse engineer, alter, enhance or in any way exploit the forms in any manner, except for modifications in filling out the forms for your authorized use. You shall not remove any copyright notice from any form, and you may not sell, license, or redistribute the forms or any derivation thereof.

## 13. Fees

Certain features and functionality of the Website are made available to you at no charge and others are made available for a one-time fee, on a subscription basis, or under any other lawful pricing structure.  In all instances, you are purchasing a license to access and use such features and functionality, and nothing is being sold to you. In addition, the license to use such features and functionality may not transfer across operating systems and/or different equipment (e.g., mobile devices, computers, etc.).  We reserve the right at any time to change and/or increase the fees for access to portions of the Website, its features or functionality. **All fees are earned by us as consideration for services performed when charged and are non-refundable.**

## 14. Intellectual Property Rights

The Website and all of its content, features, and functionality (including but not limited to all information, software, text, displays, images, video and audio, and the design, selection and arrangement thereof), are owned by the Company, its licensors, or other providers of such material, and are protected by United States and international copyright, trademark, patent, trade secret, and other intellectual property or proprietary rights laws.

Except as expressly authorized in the Terms, you must not reproduce, distribute, modify,

create derivative works of, publicly display, publicly perform, republish, download, store or transmit any of the material on our Website, except as follows:

- Your computer may temporarily store copies of such materials in RAM incidental to your accessing and viewing those materials.
- You may store files that are automatically cached by your Web browser for display enhancement purposes.
- You may print or download one copy of a reasonable number of pages of the Website for your own record keeping and not for further reproduction, publication, or distribution.
- If we provide desktop, mobile or other applications for download, you may download a single copy to your computer or mobile device solely for your own personal, non-commercial use, provided you agree to be bound by our end user license agreement for such applications.
- To the extent we provide social media features including, but not exclusively, links with Facebook, Twitter, YouTube, or LinkedIn, you may take such actions as are enabled by such features consistent with their terms of use.

You must not:

- Modify copies of any materials from this site.
- Use any illustrations, photographs, video or audio sequences or any graphics separately from the accompanying text.
- Delete or alter any copyright, trademark, or other proprietary rights notices from copies of materials from this site.
- Copy any substantial portions of information or materials from the Website.
- Distribute, resell, or publish any information or materials from the Website.

If you wish to make any use of material on the Website other than that set out in this section, please address your request to: legal@turbotenant.com.

No right, title, or interest in or to the Website or any content on the Website is transferred to you, and all rights not expressly granted are reserved by the Company. Any use of the Website not expressly permitted by the Terms is a breach of the Terms and may violate copyright, trademark, and other laws.

## 15. Trademarks

The TurboTenant name, the term "TurboTenant", the TurboTenant logo, and all related names, logos, product and service names, designs and slogans are trademarks of TurboTenant or its affiliates or licensors. You must not use such marks without our prior written permission. All other names, logos, product and service names, designs and slogans on this Website are the trademarks of their respective owners.

on this Website are the trademarks of their respective owners.

## 16. Copyright Infringement

We take claims of copyright infringement seriously. We will respond to notices of alleged copyright infringement that comply with applicable law. If you believe any materials accessible on or from the Website infringe your copyright, you may request removal of those materials (or access thereto) from the Website by submitting written notification to our Copyright Agent. In accordance with the Online Copyright Infringement Liability Limitation Act of the Digital Millennium Copyright Act (17 U.S.C. § 512) ("DMCA"), the written notice (the "DMCA Notice") must include substantially the following:

- Your physical or electronic signature.
- Identification of the copyrighted work you believe to have been infringed or, if the claim involves multiple works on the Services, a representative list of such works.
- Identification of the material you believe to be infringing in a sufficiently precise manner to allow us to locate that material.
- Adequate information by which we can contact you (including your name, postal address, telephone number and, if available, email address).
- A statement that you have a good faith belief that use of the copyrighted material is not authorized by the copyright owner, its agent, or the law.
- A statement that the information in the written notice is accurate.
- A statement, under penalty of perjury, that you are authorized to act on behalf of the copyright owner.

Our designated Copyright Agent to receive DMCA Notices is:

Copyright Agent
TurboTenant, Inc.
320 E Vine Dr, Suite 307
Fort Collins, CO 80524
support@turbotenant.com

We will investigate notices of copyright infringement and take appropriate actions under the DMCA. Inquiries that do not follow this procedure may not receive a response.

## 17. Linking to the Website and Social Media Features

You may link to our homepage, provided you do so in a way that is fair and legal and does not damage our reputation or take advantage of it, but you must not establish a link in such

a way as to suggest any form of association, approval, or endorsement by us without our express written consent.

The Website may provide certain social media features that enable you to:

- Link from your own or certain third-party websites to certain content on the Website.
- Send e-mails or other communications with certain content, or links to certain content, on the Website.
- Cause limited portions of content on the Website to be displayed or appear to be displayed on your own or certain third-party websites.

You may use these features solely as they are provided by us, and solely with respect to the content such features are displayed with, and otherwise in accordance with any additional terms and conditions provided by us or third parties with respect to such features. Subject to the foregoing, you must not:

- Establish a link from any website that is not owned by you.
- Cause the Website or portions of it to be displayed, or appear to be displayed by, for example, framing, deep linking or in-line linking, on any other site.
- Link to any part of the Website other than the homepage.
- Otherwise take any action with respect to the materials on the Website that is inconsistent with any other provision of the Terms.

You agree to cooperate with us in causing any unauthorized framing or linking immediately to cease. We reserve the right to withdraw linking permission without notice.

We may disable all or any social media features and any links at any time without notice in our discretion.

**Links from the Website**

If the Website contains links to other sites and resources provided by third parties, these links are provided for your convenience only. We have no control over the content of those sites or resources and accept no responsibility for them or for any loss or damage that may arise from your use of them. If you decide to access any third-party website linked to the Website, you do so entirely at your own risk and subject to the terms and conditions of use for such websites, including the privacy policies of such websites.

**18. Monitoring and Enforcement**

We may monitor and enforce users' compliance with the Terms, and in connection

therewith we have the right to:

- Validate your identity, directly or through third parties. This may include asking you for further information, requiring you to take steps to confirm ownership of your email address or financial instruments, or verifying your information against third party databases or through other sources.
- Disclose your identity or other information about you to any third party who claims that material posted by you violates their rights, including their intellectual property rights or their right to privacy.
- Remove or refuse to post any User Content for any or no reason in our sole discretion.
- Take any action with respect to any User Content that we deem necessary or appropriate in our sole discretion, including if we believe that such User Content violates the Terms, infringes any intellectual property right or other right of any person or entity, threatens the personal safety of users or the public, or could create liability for us.
- Take appropriate legal action, including without limitation, referral to law enforcement, for any illegal or unauthorized use of the Website.
- Terminate or suspend your access to all or part of the Website for any or no reason, including without limitation, any violation of these Terms of Use.

Without limiting the foregoing, we have the right to fully cooperate with any law enforcement authorities or court order requesting or directing us to disclose the identity or other information of anyone posting any materials on or through the Website. YOU WAIVE ANY CLAIMS AGAINST THE COMPANY AND ITS AFFILIATES, LICENSEES AND SERVICE PROVIDERS FROM ANY CLAIMS, LOSSES OR LIABILITIES RESULTING FROM ANY ACTION TAKEN IN CONNECTION WITH ANY SUCH INVESTIGATIONS AND FROM ANY ACTIONS TAKEN AS A CONSEQUENCE OF INVESTIGATIONS BY EITHER THE COMPANY OR ANY OTHER PARTIES, INCLUDING BUT NOT LIMITED TO LAW ENFORCEMENT AUTHORITIES.

We may, but we are not required to, review material before it is posted on or submitted to the Website.  However, we cannot ensure prompt removal of objectionable material after it has been posted or submitted. Accordingly, we assume no liability for any action or inaction regarding transmissions, communications, or content provided by any user or third party. We have no duty or responsibility to monitor any User Content and shall have no liability for failure to monitor User Content.

## 19. Geographic Restrictions

We are based in the state of Colorado in the United States. We provide the Website for use only by persons located in the United States. We make no claims that the Website or any of its content is accessible or appropriate outside of the United States. Access to the Website

may not be legal by certain persons or in certain countries. If you access the Website from

outside the United States, you do so on your own initiative and are responsible for compliance with local laws/

## 20. Disclaimer of Warranties

YOUR USE OF THE WEBSITE, INCLUDING ANY FEATURES, FUNCTIONALITY, SERVICES AND/OR CONTENT MADE AVAILABLE BY OR THROUGH THE WEBSITE, IS AT YOUR SOLE RISK AND THAT WE PROVIDE THE SAME (INCLUDING ANY SOFTWARE) ON AN "AS IS" AND "AS AVAILABLE" BASIS WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED. WITHOUT LIMITING THE FOREGOING AND TO THE FULLEST EXTENT PERMITTED BY LAW, WE DISCLAIM ANY AND ALL WARRANTIES INCLUDING ANY:  (1) WARRANTIES THAT THE WEBSITE OR ANY FEATURES, FUNCTIONALITY, SERVICES AND/OR CONTENT MADE AVAILABLE BY OR THROUGH THE WEBSITE WILL MEET YOUR REQUIREMENTS; (2) WARRANTIES CONCERNING THE AVAILABILITY, ACCURACY, SECURITY, USEFULNESS, TIMELINESS, OR INFORMATIONAL CONTENT OF OUR WEBSITE, INCLUDING ANY FEATURES, FUNCTIONALITY, SERVICES AND/OR CONTENT MADE AVAILABLE BY OR THROUGH THE WEBSITE; (3) WARRANTIES OF TITLE, NON-INFRINGEMENT, MERCHANTABILITY, OR FITNESS FOR A PARTICULAR PURPOSE; (4) WARRANTIES FOR SERVICES OR GOODS RECEIVED THROUGH OR ADVERTISED OR ACCESSED THROUGH OUR WEBSITE; (5) WARRANTIES CONCERNING THE ACCURACY OR RELIABILITY OF THE RESULTS THAT MAY BE OBTAINED FROM THE USE OF THE WEBSITE; (6) WARRANTIES THAT YOUR USE OF THE WEBSITE, INCLUDING ANY FEATURES, FUNCTIONALITY, SERVICES AND/OR CONTENT MADE AVAILABLE BY OR THROUGH THE WEBSITE, WILL BE SECURE OR UNINTERRUPTED; AND (7) WARRANTIES THAT ERRORS IN THE WEBSITE, INCLUDING ANY FEATURES, FUNCTIONALITY, SERVICES AND/OR CONTENT MADE AVAILABLE BY OR THROUGH THE WEBSITE (INCLUDING SOFTWARE) WILL BE CORRECTED.

## 21. Limitation of Liability

IN NO EVENT WILL WE OR ANY OF OUR affiliates, licensors, VENDORS, OR service providers, OR ANY OF OURS OR their respective officers, directors, employees, contractors, agents, licensors, suppliers, OR successors and assigns (collectively, the "INDEMNIFIED Parties") BE LIABLE FOR DAMAGES OF ANY KIND, UNDER ANY LEGAL THEORY, ARISING OUT OF OR IN CONNECTION WITH YOUR USE, OR INABILITY TO USE, THE WEBSITE, ANY WEBSITES LINKED TO IT, ANY CONTENT ON THE WEBSITE OR SUCH OTHER WEBSITES, OR ANY SERVICES OR ITEMS OBTAINED THROUGH THE WEBSITE OR SUCH OTHER WEBSITES, INCLUDING ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING BUT NOT LIMITED TO, PERSONAL INJURY, PAIN AND SUFFERING, EMOTIONAL

DISTRESS, LOSS OF REVENUE, LOSS OF PROFITS, LOSS OF BUSINESS OR ANTICIPATED

SAVINGS, LOSS OF USE, LOSS OF GOODWILL, LOSS OF DATA, AND WHETHER CAUSED BY TORT (INCLUDING NEGLIGENCE), BREACH OF CONTRACT OR OTHERWISE, EVEN IF FORESEEABLE.

NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED HEREIN, IN NO EVENT SHALL THE CUMULATIVE LIABILITY OF ALL INDEMNIFIED PARTIES EXCEED THE LESSER OF THE TOTAL PAYMENTS RECEIVED BY US FROM YOU DURING THE PRECEDING TWELVE (12) MONTH PERIOD OR $100.  FURTHERMORE, YOU AGREE THAT ANY CAUSE OF ACTION ARISING OUT OF, RELATING TO, OR IN ANY WAY CONNECTED WITH THE WEBSITE OR THE TERMS MUST COMMENCE WITHIN ONE (1) YEAR AFTER THE CAUSE OF ACTION ACCRUES OR SUCH CAUSE OF ACTION SHALL BE PERMANENTLY BARRED.

THE FOREGOING DOES NOT AFFECT ANY LIABILITY WHICH CANNOT BE EXCLUDED OR LIMITED UNDER APPLICABLE LAW.

## 22. Indemnification

You agree to defend, indemnify and hold harmless the Indemnified Parties from and against any claims, liabilities, damages, judgments, awards, losses, costs, expenses, and fees (including reasonable attorneys' fees) brought by, made against, or suffered or incurred by any Indemnified Party and arising out of or relating to your violation of the Terms or your use of the Website, including, but not limited to, any User Content you provide, your use of or reliance on the Website or any features, functionality or content thereof.

## 23. Governing Law and Jurisdiction.

The Terms are governed by and shall be construed in accordance with the laws of the State of Colorado without regard to its conflict of laws rules.  Subject to Section 24, any legal proceedings against us that may arise out of, relate to, or be in any way connected with the Website or the Terms shall be brought exclusively in the state or federal courts located in the City and County of Denver, Colorado, and you waive any jurisdictional, venue, or inconvenient forum objections to such courts.

**24. Dispute Resolution**

We and you each agree to first attempt to contact each other with respect to any disputes and provide a written description of the problem, all relevant documents/information. and the proposed resolution. You agree to contact us with disputes by contacting us at support@turbotenant.com and we will attempt to contact you based on the contact information you have provided us.

If after 30 days you and we are unable to resolve any such dispute, then the dispute may only be submitted to arbitration consistent with this section. You understand that you would have had a right or opportunity to litigate such dispute through a court and to have a judge or jury decide the case, absent this provision and that you and we have chosen to have any disputes resolved through arbitration.

As such, any dispute between any Indemnified Party (including, to the full extent permitted by applicable law, third parties who are not signatories to this agreement) and you that is not resolved through negotiation, including any dispute as to the validity or applicability of this arbitration clause, shall be resolved by binding arbitration administered by the JAMS under its rules and procedures in effect when the claim is filed. The rules and procedures and other information, including information on fees, may be obtained from JAMS' website (www.jamsadr.com) or by calling JAMS at 949-224-1810.

We and you are entering into this arbitration agreement in connection with a transaction involving interstate commerce.  Accordingly, this arbitration agreement and any proceedings thereunder shall be governed by the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 1-16. Any award by the arbitrator(s) may be entered as a judgment in any court having jurisdiction.

Notwithstanding the foregoing, either of us may bring qualifying claims in small claims court. Further, as set forth below, we each agree that any arbitration will be solely between you and the Indemnified Party, not as part of a class claim (i.e., not brought on behalf of or together with another individual's claim). If for any reason any court or arbitrator holds that this restriction is unconscionable or unenforceable, then our agreement to arbitrate does not apply and the class-wide dispute must be brought in court.

**25. NO CLASS ACTIONS**

TO THE EXTENT ALLOWED BY LAW, YOU AND WE EACH WAIVE ANY RIGHT TO PURSUE DISPUTES ON A CLASS-WIDE BASIS, TO EITHER JOIN A CLAIM WITH THE CLAIM OF ANY OTHER PERSON OR ENTITY OR TO ASSERT A CLAIM IN A REPRESENTATIVE CAPACITY ON BEHALF OF ANYONE ELSE IN ANY LAWSUIT, ARBITRATION, OR OTHER PROCEEDING.

## 26. NO TRIAL BY JURY

TO THE EXTENT ALLOWED BY LAW, WE EACH WAIVE ANY RIGHT TO TRIAL BY JURY IN ANY LAWSUIT, ARBITRATION, OR OTHER PROCEEDING.

## 27. Fair Housing Act

IF YOU ARE A LANDLORD OR ARE OTHERWISE SUBJECT TO THE FAIR HOUSING ACT, YOU ARE EXCLUSIVELY RESPONSIBLE FOR ADHERING TO THE FAIR HOUSING ACT (see http://www.justice.gov/crt/fair-housing-act-2) AS WELL AS ANY STATE OR LOCAL LAWS.  WE ENCOURAGE YOU TO SEEK LEGAL COUNSEL REGARDING COMPLIANCE WITH SUCH LAWS. UNDER NO CIRCUMSTANCES SHALL WE PROVIDE GUIDANCE REGARDING COMPLIANCE OR OTHERWISE ASSUME LIABILITY FOR FAIR HOUSING ACT OR OTHER HOUSING LEGAL COMPLIANCE.

## 28. Miscellaneous

No waiver by either party of any breach or default hereunder shall be deemed to be a waiver of any preceding or subsequent breach or default. The section headings used herein are for convenience only and shall not be given any legal import.

Except where specifically stated otherwise, if any part of the Terms is unlawful or unenforceable for any reason, you and we both agree that only that part of the Terms shall be stricken and that the remaining provisions in the Terms shall not be affected. So, for example, if a provision in these terms is found to be unenforceable, we agree an arbitrator (or, if permitted, a court) shall only strike that provision and that the remaining provisions of the Terms shall remain in force.

The Terms constitute the entire agreement of the parties with respect to the subject matter hereof and supersede all previous written or oral agreements between us with respect to such subject matter.

You may not assign the Terms or assign any rights or delegate any obligations hereunder, in whole or in part, without our prior written consent.  Any such purported assignment or delegation by you without the appropriate prior written consent will be null and void and of no force and effect.  We may assign the Terms an any rights or delegate any obligations hereunder without your consent and without notice.

**29. Your Comments and Concerns**

All other feedback, comments, requests for technical support and other communications relating to the Website should be directed to support@turbotenant.com.

Thank you for visiting the Website.

## Learn More

PRICING

FEATURES

HOW IT WORKS

RENTAL APPLICATION

TENANT SCREENING

FOR RENT YARD SIGNS

DEMO VIDEOS

TESTIMONIALS

## Resources

FREE LANDLORD GUIDES

LANDLORD TOOLBOX

VISIT OUR HELP CENTER

EARN $25

RENTAL FORM PACK

BLOG

TOOLS AND CALCULATORS

COVID-19 RESOURCES

RENT ESTIMATE REPORT

## Company

ABOUT

CAREERS

PRESS

AFFILIATES

CONTACT US

FAQS

## From the Blog

How to Become a Landlord

Can You Pay Rent With a Credit Card?

The State of the Rental Industry 2020

Read More Blogs »



 CONTACT SUPPORT

      

Equal Housing Opportunity | Avoid Scams in Rental Housing

TurboTenant, Inc., © 2021

Created in Sunny Colorado

Terms of Use | Privacy Policy | Don't Sell My Personal Info | XML | HTML